FILED
JUL 1 2 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF RICHARD DAVID RAMIREZ, by and through Personal Representative Julio Ramirez; RICHARD JORDAN RAMIREZ, by and through Conservator Julio Ramirez; and JULIO RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS, a municipal corporation of the State of Montana; OFFICER GRANT MORRISON; CHIEF RICH ST. JOHN; JOHN DOES 1-10; and CORPORATIONS A-J,<br><br>Defendants. | CV 17-52-BLG-SPW<br><br>ORDER |

Upon Defendants' Unopposed Motion to Reschedule Preliminary Pretrial Conference (Doc. 8), and for good cause being shown,

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference currently set for July 24, 2017 at 1:30 a.m. is **VACATED** and **RESET** for **Friday, August 4, 2017 at 10:30 a.m.** All other deadlines outlined in the Court's Order of May 3, 2017 (Doc. 4) shall remain in effect.

1

DATED this 11th day of July 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge