

**FILED**

JUL 27 2017

Clerk, U.S. District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF RICHARD DAVID RAMIREZ, by and through Personal Representative Julio Ramirez; RICHARD JORDAN RAMIREZ, by and through Conservator Julio Ramirez; and, JULIO RAMIREZ;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BILLINGS, a municipal corporation of the State of Montana; OFFICER GRANT MORRISON; CHIEF RICH ST. JOHN; JOHN DOES 1-10; and CORPORATIONS A-J;<br><br>Defendants. | Cause No. CV-17-52-BLG-SPW<br><br><br>ORDER GRANTING DEFENDANT OFFICER GRANT MORRISON'S UNOPPOSED MOTION TO VACATE AND RESET PRELIMINARY PRETRIAL CONFERENCE |

Pursuant to Defendant Officer Grant Morrison's Unopposed Motion to Vacate and Reset Preliminary Pretrial Conference (Doc. 15), and for good cause shown,

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference set for Friday, August 4, 2017, at 10:30 a.m. is hereby **VACATED**.

IT IS FURTHER ORDERED that the Preliminary Pretrial Conference is reset for **Friday, August 11, 2017 at 10:30 a.m.** Counsel may appear telephonically pursuant to paragraph 2 of the Court's Order of May 3, 2017 (Doc. 4).

DATED this 27th day of July, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge