IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



MAR 1 2 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| ESTATE OF RICHARD DAVID RAMIREZ, by and through Personal Representative Julio Ramirez; RICHARD JORDAN RAMIREZ, by and through Conservator Julio Ramirez; and, JULIO RAMIREZ;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BILLINGS, a municipal corporation of the State of Montana; OFFICER GRANT MORRISON; CHIEF RICH ST. JOHN; JOHN DOES 1-10; and CORPORATIONS A-J;<br><br>Defendants. | CV 17-052-BLG-SPW<br><br>ORDER |

I hereby recuse myself from all further proceedings in this action and hereby request that the Honorable Dana L. Christensen, Chief Judge, reassign this case.

DATED this 12th day of March, 2018.

SUSAN P. WATTERS
United States District Judge

1