IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF RICHARD DAVID RAMIREZ, by and through Personal Representative Julio Ramirez; RICHARD JORDAN RAMIREZ, by and through Conservator Julio Ramirez; and JULIO RAMIREZ;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS, a municipal corporation of the State of Montana; OFFICER GRANT MORRISON; CHIEF RICH ST. JOHN; JOHN DOES 1–10; and CORPORATIONS A–J;<br><br>Defendants. | CV 17–52–BLG–DWM<br><br>ORDER |

In opposing Defendants' motions for summary judgment, Plaintiffs failed to properly support their factual assertions under Federal Rule of Civil Procedure 56(c). Pursuant to Rule 56(e)(1), the Court allowed Plaintiffs until January 7, 2019, to comply with Rule 56(c). (Doc. 64.) Specifically, the Court ordered Plaintiffs to identify the particular policies which form the basis for their *Monell* claims against the City of Billings and Chief St. John. (*Id.* at 4.)

Plaintiffs moved unopposed for leave to file unredacted Policy 5-1 under seal. (Doc. 67.) They argue that including the unredacted policy in the public

1

record could negatively affect officer safety because it discloses police practices. However, Plaintiffs' motion fails to comply with the requirements of Local Rule 5.1(d)(3) to "state why it is not feasible to file a redacted version of the document" or "be accompanied by a redacted version of the document." Accordingly,

IT IS ORDERED that the motion (Doc. 67) is GRANTED. Plaintiffs may file an unredacted version of Policy 5-1 under seal. Pursuant to Local Rule 5.1(d)(3), Plaintiffs shall file a redacted version of Policy 5-1 in the public record.

DATED this 7th day of January, 2019.

Donald W. Molloy, District Judge
United States District Court