IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

JAN 25 2019

Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| ESTATE OF RICHARD DAVID RAMIREZ, by and through Personal Representative Julio Ramirez; RICHARD JORDAN RAMIREZ, by and through Conservator Julio Ramirez; and JULIO RAMIREZ;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS, a municipal corporation of the State of Montana; OFFICER GRANT MORRISON; CHIEF RICH ST. JOHN; JOHN DOES 1–10; and CORPORATIONS A–J;<br><br>Defendants. | CV 17–52–BLG–DWM<br><br><br>ORDER |

Before the Court is Plaintiffs' unopposed motion to excuse attorney J.R.

Casillas from attending the final pretrial conference on February 20, 2019. (Doc.

89.) Plaintiffs will be represented at the conference by other counsel from

Datsopolous, MacDonald & Lind who have appeared in this case.

1

IT IS ORDERED that Plaintiffs' motion (Doc. 89) is GRANTED. Mr.

Casillas is excused from attending the final pretrial conference on February 20,

2019.

DATED this _25_ day of January, 2019.

Donald W. Molloy, District Judge
United States District Court