IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| ESTATE OF RICHARD DAVID RAMIREZ, by and through Personal Representative Julio Ramirez; RICHARD JORDAN RAMIREZ, by and through Conservator Julio Ramirez; and JULIO RAMIREZ;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS, a municipal corporation of the State of Montana; OFFICER GRANT MORRISON; CHIEF RICH ST. JOHN; JOHN DOES 1–10; and CORPORATIONS A–J;<br><br>Defendants. | CV 17–52–BLG–DWM<br><br><br>ORDER |

In light of the pending deadlines in this case, expedited briefing on Plaintiffs' Joint Motion to Certify Officer Morrison's Appeal as Frivolous and for Retention of Jurisdiction, (Doc. 97), is appropriate.

IT IS ORDERED that Defendant Grant Morrison shall file a response to Plaintiffs' motion on or before February 7, 2019.

IT IS FURTHER ORDERED that Defendants City of Billings and Chief St. John shall file a response to Plaintiffs' motion on or before February 7, 2019,

1

addressing whether the state law claims against them should proceed to trial as scheduled or be stayed pending Morrison's interlocutory appeal.

DATED this 4th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court