IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| ESTATE OF RICHARD DAVID RAMIREZ, by and through Personal Representative Julio Ramirez,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BILLINGS, a municipal corporation of the State of Montana, OFFICER GRANT MORRISON,<br><br>Defendants. | CV 17–52–BLG–DWM<br><br><br><br>ORDER |

IT IS ORDERED that one attorney for each party may bring a personal cellular phone and laptop computer into the courtroom for the duration of trial in the above-captioned matter.

DATED this 21st day of February, 2019.

Donald W. Molloy, District Judge
United States District Court