**J.R. Casillas**
**Peter F. Lacny**
**Brian Lebsock**
DATSOPOULOS, MacDONALD & LIND, P.C.
Central Square Building
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: (406) 728-0810
Facsimile: (406) 543-0134
jrcasillas@dmllaw.com; placny@dmllaw.com; blebsock@dmllaw.com;
areiber@dmllaw.com; kwitt@dmllaw.com; ddaugherty@dmllaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF RICHARD DAVID RAMIREZ, by and through Personal Representative Julio Ramirez; RICHARD JORDAN RAMIREZ, by and through Conservator Julio Ramirez; and, JULIO RAMIREZ;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BILLINGS, a municipal corporation of the State of Montana; OFFICER GRANT MORRISON; CHIEF RICH ST. JOHN; JOHN DOES 1-10; and CORPORATIONS A-J;<br><br>Defendants. | No. CV-17-52-BLG-SPW<br><br><br><br><br><br><br><br>**NOTICE OF SETTLEMENT** |

Pursuant to L.R. 16.5(b)(5), Plaintiffs hereby notify the Court that this case settled. The scheduled trial to begin on March 4, 2019 should be vacated. The parties will promptly prepare and execute settlement paperwork and file dismissal papers in this Honorable Court.

DATED this 25th day of February, 2019.

DATSOPOULOS, MACDONALD & LIND, P.C.

By: /s/ J.R. Casillas
J.R. Casillas, Esq.
Peter F. Lacny, Esq.
Brian Lebsock, Esq.
201 West Main Street, Suite 201
Missoula, Montana 59802
jrcasillas@dmllaw.com
placny@dmllaw.com
blebsock@dmllaw.com
*Attorneys for Plaintiffs*