IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| ESTATE OF RICHARD DAVID RAMIREZ, by and through Personal Representative Julio Ramirez,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BILLINGS, a municipal corporation of the State of Montana, OFFICER GRANT MORRISON,<br><br>Defendants. | CV 17–52–BLG–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

IT IS FURTHER ORDERED that counsel shall retrieve the copies of trial exhibits from the Clerk of Court's offices in Missoula and Billings on or before March 29, 2019. A receipt of the exhibits shall be signed and filed as part of the record. The parties are advised that the Court will not maintain trial exhibits.

DATED this 21st day of March, 2019.

Donald W. Molloy, District Judge
United States District Court